IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | : |
| | : |
| **COLONEL L. AARON CHAFFINCH,** individually and in his official capacity as Superintendent of the Delaware State Police; **LIEUTENANT COLONEL THOMAS F. MACLEISH,** individually and in his official capacity as Deputy Superintendent of the Delaware State Police; **DAVID B. MITCHELL,** in his official capacity as the Secretary of the Department of Safety and Homeland Security of the State of Delaware; and **DIVISION OF STATE POLICE, DEPARTMENT OF SAFETY AND HOMELAND SECURITY, STATE OF DELAWARE,** | : : : : : : : : : : : |
| | : |
| **Defendants.** | : |

C.A.No.04-1207-GMS

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on March 4, 2005, I caused two (2) copies of **PLAINTIFFS' FIRST SET OF SELF-EXECUTING DISCLOSURES** to be served by the means indicated:

> Robert Fitzgerald, Esquire
> Montgomery McCracken Walker & Rhoads, LLP
> 123 South Broad Street
> Philadelphia, PA 19109
> (By U.S. Mail and E-Mail)

Richard M. Donaldson, Esquire
Montgomery McCracken Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(By U.S. Mail and E-Mail)

                                            **THE NEUBERGER FIRM, P.A.**

                                   **/s/ Stephen J. Neuberger**
                                   **THOMAS S. NEUBERGER, ESQUIRE (#243)**
                                   **STEPHEN J. NEUBERGER, ESQUIRE (#4440)**
                                   Two East Seventh Street, Suite 302
                                   Wilmington, Delaware 19801
                                   (302) 655-0582
                                   TSN@NeubergerLaw.com
                                   SJN@NeubergerLaw.com

Dated: March 4, 2005                Attorneys for Plaintiffs

cc:     clients