IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 04-1207-JJF |
| L. AARON CHAFFINCH, | : | |
| individually and in his official capacity as the | : | |
| Superintendent of the Delaware State Police; | : | |
| THOMAS F. MACLEISH, individually and | : | |
| in his official capacity as the Deputy | : | |
| Superintendent of the Delaware State Police; | : | |
| DAVID B. MITCHELL, in his official | : | |
| capacity as Secretary of the Department of | : | |
| Public Safety of the State of Delaware; and | : | |
| DIVISION OF STATE POLICE, | : | |
| DEPARTMENT OF PUBLIC SAFETY, | : | |
| STATE OF DELAWARE, | : | |
| | | |
| Defendants. | | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two (2) copies of Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were served by hand delivery upon the following:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>Martin D. Haverly, Esq.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>*Counsel for Plaintiff*

Date: March 4, 2005

                                      Richard M. Donaldson (DE Bar I.D. #4367)
Montgomery, McCracken,
   Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7880

*Counsel for Defendants*

Of Counsel:

Edward T. Ellis
Robert J. Fitzgerald
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500