CHRISTOPHER FORAKER,              :
                                  :
            Plaintiff,            :
                                  :
    v.                            :
                                  :   Civil Action No. 04-1207
L. AARON CHAFFINCH, et al.        :
                                  :
            Defendants.           :

## NOTICE OF SERVICE

This is to certify that two (2) copies of the First Set of Interrogatories Directed to Plaintiffs were served by hand delivery this 19th day of May 2005, on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>Martin D. Haverly
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801

*Counsel for Plaintiff*

Dated: May 19, 2005

_____
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by hand delivery this 19th day of May 2005, on:

      Thomas Stephen Neuberger, Esq.
      Stephen J. Neuberger, Esq.
      The Neuberger Firm, P.A.
      Two East Seventh Street, Suite 302
      Wilmington, DE  19801

      Martin D. Haverly
      Two East Seventh Street, Suite 302
      Wilmington, DE  19801

      *Counsel for Plaintiff*

_____
Richard M. Donaldson (DE Bar No. 4367)