IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER FORAKER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1207 |
| L. AARON CHAFFINCH, et al. | : |
| Defendants. | : |

## AMENDED NOTICE OF SERVICE

This is to certify that two (2) copies of the First Set of Interrogatories Directed to Plaintiffs were served by hand delivery this 19th day of May 2005, on:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Martin D. Haverly
Two East Seventh Street, Suite 302
Wilmington, DE 19801

*Counsel for Plaintiff*

Dated: May 19, 2005

Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Amended Notice of Service were served by hand delivery this 19th day of May 2005, on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801
>
>Martin D. Haverly
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801

*Counsel for Plaintiff*

_____
Richard M. Donaldson (DE Bar No. 4367)