IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTOPHER FORAKER,** | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-1207-GMS |
| v. | : |
| | : |
| **L. AARON CHAFFINCH, ET AL.,** | : |
| | : |
| Defendants. | : |

NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on July 15, 2005, I sent via first class, mail, postage prepaid PLAINTIFF FORAKER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS and had this Pleading electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert J. Fitzgerald, Esquire
>Edward T. Ellis, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Bend Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com

>Richard M. Donaldson, Esquire
>Montgomery, McCracken, Walker, & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com

/s/Martin D. Haverly
**MARTIN D. HAVERLY, ESQUIRE**

**MARTIN D. HAVERLY, ATTORNEY AT LAW**
2 East 7th Street, Suite 302
Wilmington, Delaware 19801
Del. Bar Number 3295
(302) 654-2255
Martin@HaverlyLaw.com

Attorney for Plaintiff

cc:  Thomas Stephen Neuberger, Esquire
     Stephen J. Neuberger, Esquire
     Sgt. Christopher Foraker