IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITIONS

TO:  Robert Fitzgerald, Esquire                Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &            Montgomery McCracken Walker &
     Rhoads, LLP                                Rhoads, LLP
     123 South Broad Street                     300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109                     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individuals at the times and dates indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

| **NAME** | **DATE AND TIME** |
|---|---|
| Ret. Col. L. Aaron Chaffinch | August 30, 2005 at 9:30 a.m. |

                        **THE NEUBERGER FIRM, P.A.**

                        /s/ Stephen J. Neuberger
                        **STEPHEN J. NEUBERGER, ESQ. (#4440)**
                        Two East Seventh Street, Suite 302
                        Wilmington, Delaware 19801
                        (302) 655-0582

                        Attorneys for Plaintiff

DATED:  August 9, 2005

## **CERTIFICATE OF SERVICE**

      I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on August 9, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com


>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com


>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ.**

Foraker / Pleadings / Notice of Depositions
FTU / Pleadings / Notice of Depositions