IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER FORAKER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 04-1207 |
| L. AARON CHAFFINCH, et al. | : |
| | : |
| Defendants. | : |

### NOTICE OF SERVICE

This is to certify that two (2) copies of the Responses And Objections Of Defendants To Plaintiff Foraker's First Request For Production Of Documents were served by first class mail this 12th day of September 2005 on:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

Martin D. Haverly
Two East Seventh Street, Suite 302
Wilmington, DE 19801

*Counsel for Plaintiff*

Dated: September 12, 2005

Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (Del. Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Notice of Service were served by first class mail this 12th day of September 2005 on:

       Thomas Stephen Neuberger, Esq.
       Stephen J. Neuberger, Esq.
       The Neuberger Firm, P.A.
       Two East Seventh Street, Suite 302
       Wilmington, DE 19801

       Martin D. Haverly
       Two East Seventh Street, Suite 302
       Wilmington, DE 19801

*Counsel for Plaintiff*

_____
Noel C. Burnham (DE Bar No. 3483)