IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| B. KURT PRICE, et al., : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

---

| | |
|---|---|
| CHRISTOPHER FORAKER, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-1207-GMS |
| v. : | |
| : | |
| L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF DEPOSITION

TO:   Thomas Stephen Neuberger, Esq.
      Stephen J. Neuberger, Esq.
      The Neuberger Firm, P.A.
      Two East Seventh Street, Suite 302
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Defendants L. Aaron Chaffinch, Thomas F. MacLeish, and the Division of State Police, by their attorneys, will take the deposition of B. Kurt Price on October 19, 2005, before an officer authorized to administer oaths, at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 300 Delaware Avenue, Wilmington, DE 19801, commencing at 10:00 a.m.

You are invited to attend and participate.

Dated: September 20, 2005

_____
Richard M. Donaldson (DE Bar No. 4367)
Noel C. Burnham (DE Bar No. 3483)
Montgomery, McCracken,
   Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Telephone: (302) 504-7840
Facsimile: (302) 504-7820

Edward T. Ellis
(Admitted Pro Hac Vice)
Robert J. Fitzgerald
(Admitted Pro Hac Vice)
Montgomery, McCracken,
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on this day, I caused a true and correct copy of the foregoing Notice of Deposition, to be served by U.S. First Class Mail, postage prepaid, upon the following:

>Thomas Stephen Neuberger, Esq.
>Two East Seventh Street
>Suite 302
>Wilmington, DE 19801
>
>*Attorney for Plaintiff*

Dated: September 20, 2005

Noel C. Burnham (DE Bar No. 3483)