**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

December 2, 2005

**Hand Delivered**

Clerk
United State District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   **Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS**
      **Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS**

Dear Clerk:

    For some technical reason, my office has not been able to e-file during the last few days. Therefore, I am filing the following items in the above-captioned case by hand:

1. Entry of Appearance of Martin D. Haverly dated December 2, 2005 in the matter of Price, et al. v. Chaffinch, et al. C.A. No.: 04-956- GMS.

2. Discovery dispute agenda letter to the Honorable Gregory M. Sleet dated December 2, 2005.

    I attempted to e-file a pleading yesterday and met with difficulties. I contacted Yvette at the Clerk's office. She was very pleasant and provided some brainstorming which apparently usually produces the ability to e-file. But for some reason I still could not e-file the pleading, and I could not do so earlier today, either. More likely than not it is some problem on my end. I am taking steps to remedy this situation as quickly as possible.

Clerk
United States District Court
December 2, 2005
Page 2

    If you have any questions, please do not hesitate to contact me.

                              Very truly yours

encls.

cc:    The Honorable Gregory M. Sleet (Hand Delivered)
       The Neuberger Firm
       Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
       Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
       Sgt. Christopher Foraker
       Cpl. Kurt Price
       Cpl. Wayne Warren

**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

December 2, 2005

### By Hand Delivered Due to Difficulty With Electronic Filing

The Honorable Gregory M. Sleet
United State District Court
District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   **Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS**
      **Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS**
      **Discovery Dispute Agenda Letter**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Wednesday, December 7, 2005 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to presented to the Court:

### Plaintiffs' Issue:

- "Defendants' failure to produce e-mail documents"

### Defendants' Issues:

- None

The Honorable Gregory M. Sleet
December 2, 2005
Page 2

                           Respectfully,

                           */s/ Martin D. Haverly*

                           Martin D. Haverly

MDH/acs

cc:    Clerk of the Court
       Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
       Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
       The Neuberger Firm
       Sgt. Christopher Foraker
       Cpl. Kurt Price
       Cpl. Wayne Warren