**MARTIN D. HAVERLY**
ATTORNEY AT LAW
2 East 7th Street
Suite 302
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)655-9329

December 2, 2005

**By Hand Delivered Due to Difficulty With Electronic Filing**

The Honorable Gregory M. Sleet
United State District Court
District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re:   Price, et al. v. Chaffinch, et al. C.A. No.: 04-956-GMS
      Foraker v. Chaffinch, et al. C.A. No.: 04-1207-GMS
      Discovery Dispute Agenda Letter

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Wednesday, December 7, 2005 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to presented to the Court:

**Plaintiffs' Issue:**

- "Defendants' failure to produce e-mail documents"

**Defendants' Issues:**

- None

The Honorable Gregory M. Sleet
December 2, 2005
Page 2

                                            Respectfully,

                                            Martin D. Haverly

MDH/acs

cc:  Clerk of the Court
     Robert J. Fitzgerald, Esquire & Edward Ellis, Esquire (via facsimile & 1st class mail)
     Richard M. Donaldson, Esquire (via facsimile & 1st class mail)
     The Neuberger Firm
     Sgt. Christopher Foraker
     Cpl. Kurt Price
     Cpl. Wayne Warren