IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER REGARDING A SHORT EXTENSION OF THE
CASE DISPOSITIVE MOTION DEADLINE**

WHEREAS, on February 11, 2005, the Court entered its Rule 16 Scheduling Order, setting, January 13, 2006 as the deadline for all case dispositive motions.

WHEREAS, in the intervening time period, the parties have engaged in discovery in good faith.

WHEREAS, on November 30, 2005, defendants produced a large number of personnel files of potentially relevant comparators to plaintiffs.

WHEREAS, plaintiffs are currently in the process of reviewing those personnel files for

-1-

use in case dispositive briefing.

WHEREAS, a large amount of electronic discovery still remains to be produced and the parties expect such discovery to be voluminous.

WHEREAS, it is not expected that this electronic discovery will be produced to plaintiffs before December 19, 2005, at the earliest.

WHEREAS, plaintiffs expect this electronic discovery to have significant bearing upon the case dispositive motions they expect to file on January 13, 2005.

WHEREAS, plaintiffs will need time to review this discovery and incorporate it into their case dispositive motions.

WHEREAS, a short ten day extension of the case dispositive motion deadline would give plaintiffs the time necessary to do so.

It is hereby STIPULATED and AGREED by and between plaintiffs and defendants, subject to the approval of the Court, that:

1.  The case dispositive motion deadline set forth in ¶ 7 of the Court's February 11, 2005 Rule 16 Scheduling Order is hereby amended, and all such motions, briefs and appendices shall be served and filed on or before January 23, 2005.

| | |
|---|---|
| **THE NEUBERGER FIRM, P.A.** | **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP** |
| /s/ Stephen J. Neuberger | /s/ Richard M. Donaldson |
| **THOMAS S. NEUBERGER, ESQ. (#243)** | **RICHARD M. DONALDSON, ESQ. (#4367)** |
| **STEPHEN J. NEUBERGER, ESQ. (#4440)** | **NOEL C. BURNHAM, ESQ. (#3483)** |
| Two East Seventh Street, Suite 302 | 300 Delaware Avenue, Suite 750 |
| Wilmington, DE  19801 | Wilmington, DE 19801 |
| (302) 655-0582 | (302) 504-7800 |
| TSN@NeubergerLaw.com | rdonaldson@mmwr.com |
| SJN@NeubergerLaw.com | |
| | **EDWARD T. ELLIS, ESQ.** |
| Attorneys for Plaintiff | **ROBERT J. FITZGERALD, ESQ.** |
| | **MONTGOMERY, MCCRACKEN,** |
| Dated: December 14, 2005 | **WALKER & RHOADS, LLP** |
| | 123 South Broad Street |
| | Philadelphia, PA  19109 |
| | eellis@mmwr.com |
| | rfitzgerald@mmwr.com |
| | |
| | Attorneys for Defendants |
| | |
| | Dated: December 14, 2005 |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
**THE HONORABLE GREGORY M. SLEET**

FTU \ Pleadings \ Summary Judgment Briefing Stipulation.final