IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A.No.04-956-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No.04-1207-GMS |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

TO:  Robert Fitzgerald, Esquire                    Richard M. Donaldson, Esquire
     Montgomery McCracken Walker &                 Montgomery McCracken Walker &
     Rhoads, LLP                                   Rhoads, LLP
     123 South Broad Street                        300 Delaware Avenue, Suite 750
     Philadelphia, PA 19109                        Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned counsel for the plaintiffs will take the oral deposition of the following individual at the time and date indicated, continuing from day to day until completed, at the offices of **THE NEUBERGER FIRM, P.A.**, Two East Seventh Street, Suite 302, Wilmington, Delaware 19801.

2

| NAME | DATE AND TIME |
|---|---|
| Captain Nathaniel McQueen | January 13, 2006 at 10:00 a.m. |

                            **THE NEUBERGER FIRM, P.A.**

                            /s/ Thomas S. Neuberger
                            **THOMAS S. NEUBERGER, ESQ. (#243)**
                            Two East Seventh Street, Suite 302
                            Wilmington, Delaware 19801
                            (302) 655-0582

                            Attorneys for Plaintiff

DATED:  December 28, 2005

2

**CERTIFICATE OF SERVICE**

I, Thomas S. Neuberger, being a member of the bar of this Court do hereby certify that on December 28, 2005, I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Robert Fitzgerald, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, PA 19109
>rfitzgerald@mmwr.com

>Richard M. Donaldson, Esquire
>Montgomery McCracken Walker & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801
>rdonaldson@mmwr.com

>/s/ Thomas S. Neuberger
>**THOMAS S. NEUBERGER, ESQ.**

Foraker / Pleadings / Notice of Deposition-McQueen