**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


CORPORAL B. KURT PRICE, et al.,           :
                                          :
            Plaintiffs,                   :
                                          :        C.A. No. 04-956-GMS
      v.                                  :
                                          :
COLONEL L. AARON CHAFFINCH, et al.,       :
                                          :        DI 83
            Defendants.                   :

_____

SERGEANT CHRISTOPHER FORAKER,             :
                                          :
            Plaintiff,                    :
                                          :        C.A. No. 04-1207-GMS
      v.                                  :
                                          :
COLONEL L. AARON CHAFFINCH, et al.,       :        DI 63
                                          :
            Defendants.    :


**NOTICE OF SERVICE OF COMBINED APPENDIX
TO OPENING BRIEFS IN SUPPORT OF
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**


**VOLUMES I & II -- CONFIDENTIAL DOCUMENTS
PURSUANT TO STIPULATION AND ORDER REGARDING CONFIDENTIALITY
(DATED OCT. 4, 2005)**


**CONFIDENTIAL FILED UNDER SEAL**


2043619v1

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that one (1) copy of the above referenced document(s) was served by

hand delivery this 27th day of January 2006 on:

> Thomas Stephen Neuberger, Esquire
> Stephen J. Neuberger, Esquire
> The Neuberger Firm, P.A.
> Two East Seventh Street
> Suite 302
> Wilmington, DE  19801
>
> *Attorneys for Plaintiffs*

/s/ Noel C. Burnham
Noel C. Burnham (DE Bar No. 3483)

2043619v1