IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTOPHER FORAKER,** | : |
| | : |
| Plaintiff, | : |
| | : C.A. No. 04-1207-GMS |
| v. | : |
| | : |
| **L. AARON CHAFFINCH, ET AL.,** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF FILING MULTI MEDIA MATERIALS

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on February 9, 2006 I filed the video tape referenced in Plaintiff's Answering Brief In Opposition To Defendants' Motion For Summary Judgment Docket No. 79, and I had this Pleading electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Robert J. Fitzgerald, Esquire
    Edward T. Ellis, Esquire
    Montgomery, McCracken, Walker & Rhoads, LLP
    123 South Bend Street
    Philadelphia, PA 19109
    rfitzgerald@mmwr.com

    Richard M. Donaldson, Esquire
    Montgomery, McCracken, Walker, & Rhoads, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    rdonaldson@mmwr.com

                    **MARTIN D. HAVERLY, ATTORNEY AT LAW**

                    /s/ Martin D. Haverly
                    **MARTIN D. HAVERLY, ESQUIRE**
                    2 East 7th Street, Suite 201
                    Wilmington, Delaware 19801
                    Del. Bar Number 3295
                    (302) 654-2255
                    Martin@HaverlyLaw.com

                    Attorney for Plaintiff

cc:  The Neuberger Firm
     Sgt. Christopher Foraker