IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | DI 87 |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE OF REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

This is to certify that two (2) hard copies of the above referenced document(s) which was filed and served electronically on February 17, 2006, were served by hand delivery this 21st day of February 2006 on:

Thomas Stephen Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801

And

Martin D. Haverly, Esquire
Two East Seventh Street
Suite 201
Wilmington, DE 19801

*Counsel for Plaintiffs*

2050926v1

Dated:  February 21, 2006    MONTGOMERY, MCCRACKEN,
  WALKER & RHOADS, LLP

By: _____/s/ Noel C. Burnham_____
Noel C. Burnham, (DE I.D. 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE 19713
302-504-7890
nburnham@mmwr.com
Attorneys for Defendants

-2-

2050926v1