# EXHIBIT - C

THE CENTER FOR FORENSIC
# ECONOMIC STUDIES

December 29, 2005


Edward Ellis, Esquire
Montgomery, McCraken, Walker, & Rhoads
123 South Broad Street
Philadelphia, PA  19109


Re: **Wayne Warren v. Delaware State Police**
Our File# 0805


Dear Mr. Ellis:

At your request, we have provided our assessment of the economic loss sustained by Wayne
Warren as a result of his potentially being separated from his position as an Corporal Master with
the Delaware State Police (hereafter: the DSP).  We reserve the right to amend this report, as
necessary, upon receipt of additional information.  A list of documents relied upon is attached to
this report.

## Background

Wayne Warren was born on May 22, 1958.  As of the date of this report he is approximately 47.6
years of age.  According to Amended Complaint Mr. Warren is a 21 year veteran of the Delaware
State Police Department (paragraph 4).  He is a member of the Delaware State Troopers'
Association.  It is noted in the Amended Complaint that on June 18, 2005 the plaintiff failed his
fitness for duty examination due to hearing loss (paragraph 62).  It is our understanding that the
plaintiff was placed on light duty status and will have to retire from the DSP by June 2006. Mr.
Warren is married and has two children, Jacklyn and Jennifer.  He resides in Townsend,
Delaware.  He is a college graduate.

This report has been prepared for the use of counsel in the instant matter.  Any other transmission, copy, or
utilization of this report or material contained herein is prohibited without the written consent of the Center for
Forensic Economic Studies.

**Earnings History**

As yet we have not been provided any of the plaintiff's earnings documentation (i.e. <u>1040 U.S. Individual Tax Returns</u>, <u>W-2 Wage and Tax Statements</u>, pay stubs, etc.), we reserve the right to amend this report, as necessary, upon receipt of such documentation.

According to the October 28, 2005 report of Thomas C. Borzilleri, Ph.D., plaintiff's damages consultant, as of January 1, 2006 Mr. Warren will be a Corporal Master, step 22 with an annual earnings figure of $78,284.

**The October 28, 2005 Report of Dr. Borzilleri**

As stated previously, Dr. Borzilleri is the plaintiff's damages consultant. The Borzilleri report presents estimates of economic loss. His first estimate is based on the following assumptions:

- Absent the incidents the plaintiff would have remained employed as a Corporal Master with the DSP until his age 55,
- Lost DSP Pension benefits have been valued as indicated by the DSP's Summary Plan Description of the plan
- Fringe benefits absent the incidents are estimated at a rate equal to 26.53% of earnings,
- Given the incidents the plaintiff will secure employment at a job paying $32,250 per year and providing minimal benefits,
- Fringe benefits given the incidents are estimated at a rate equal to 15.0% of earnings,
- Taxes absent and given the incidents are deducted from the plaintiff's earnings at rates ranging from 9.85% to 16.25%,
- In order to discount future values Dr. Borzilleri uses the current market price to purchase an annuity,
- Dr. Borzilleri grosses up his loss figures to account for the negative tax affect on the plaintiff.

We note that Dr. Borzilleri's estimate of the plaintiff's residual earning capacity given the incidents is based on the opinion of Jose Castro, Jr., MRC, LRC, LPC, CRC, RCC, ABDA, plaintiff's vocational consultant. According to Mr. Castro's October 28, 2005 report, if Mr. Warren is separated from the DSP and unable to secure employment in the firearms industry, then he would still be able to secure alternate employment in positions including security guard, dispatcher, private detective/investigator, firearms expert/forensic science technicians, sales - manufacturers representative, and surveillance system monitor. Mr. Castro indicates that these positions have annual earnings ranging from $22,470 to $33,486 per year. We note that the $33,486 annual earnings figure is for the sales - manufacturers representative position with 1 year of experience.

**Earnings Data from Dartnell's 30th Sales Force Compensation Survey**

According to the above mentioned survey an entry level manufacturing sales representative would have earnings that range from $36,200 to $46,700 per year (1998 dollars). After adjusting 1998 earnings figures to 2006 dollars using the annual rate of increase in the average hourly earnings for workers in the private, non-farm sector of the economy (Economic Report of the President, February 2005), annual earnings range from $45,564 to $58,780. (2006 dollars). We note that a senior manufacturing sales representative (defined by Dartnell's as a representative having 3 years of experience or more) would have earnings that range from $74,262 to $97,925 per year (2006 dollars).

## Analysis

We note that our estimates of loss assume that the plaintiff prevails on the issue of liability. We make no opinions regarding this issue.

We have not reviewed any documentation which indicates that the plaintiff does not have a hearing loss. Accordingly, our first estimate of the economic loss incurred by the plaintiff as a result of the forthcoming separation in June 2006 is zero ($0).[1]

We have provided an alternate estimate of economic loss. In this alternate estimate we have assumed that absent the incidents the plaintiff would have remained employed as a Corporal Master with the DSP until his age 55. We note that according to the Summary Plan Description of the DSP's pension plan the plaintiff, as a veteran of the DSP with over 20 years of service, was able to retire with full pension benefits, at any time. If it is determined that absent the incidents the plaintiff would have retired from the DSP before his age 55, then our estimates of loss have been overstated. We have further assumed in this estimate that given the incidents the plaintiff will secure employment as a manufacturing sales representative, as indicated by Mr. Castro, with first year earnings equal to $33,486. We have assumed that the plaintiff's total compensation in this position will increase incrementally from the $33,486 level and become commensurate with his projected earnings absent the incidents within 5 years, or by January 1, 2011. In this estimate there is no economic loss after that date.

Earnings growth after 2006 was estimated to be 3.12% per year. This rate represents the average rate of change in the average hourly earnings for workers in the private non-farm sector of the economy from 1984 to 2004 (Economic Report of the President, February 2005).

Future earnings are discounted to their present value in recognition that the plaintiff will receive the award in the present year and be able to invest this principal amount received. The average yield on high grade municipal bonds as of October 8, 2005, 4.60%, was used to estimate the return on the principal investment (Economic Indicators, October 2005).

---

[1] We reserve the right to amend this report, as necessary, upon receipt of additional information regarding the plaintiff's employment with the DSP.

**DSP Pension Loss**

We have valued the net loss to Mr. Warren's DSP pension using the rules and regulations set forth by the <u>Agreement</u> between the State of Delaware Department of Public Safety Division of State Police and the Delaware State Troopers' Association. According to the <u>Agreement</u>, the formula used to compute the plaintiff's pension benefit is equal to:

$$\textbf{2.5\% * Years of Service (Up to 20) * FAS (Final Average Salary)}$$

$$\textbf{+ 3.5\% Years of Service (Greater than 20) * FAS}$$

In order to project Mr. Warren's high sixty months of salary, we have assumed an annual 3.12% growth rate of Mr. Warren's base of earnings. This rate represents the average rate of change in the average hourly earnings for workers in the private non-farm sector of the economy from 1984 to 2004 (<u>Economic Report of the President</u>, February 2005). In order to discount the total future pension value to present dollars, we have utilized a discount rate of 6.24% per year, the average yield on high grade municipal bonds from 1985 to 2004 (<u>Economic Report of the President</u>, February 2005).

After retirement cost of living increases are granted at a rate of 3.03%. This rate represents the average rate of change in the Consumer Warren Index from 1984 to 2004 (<u>Economic Report of the President</u>, February 2005). We have valued Mr. Warren's pension through his statistical life expectancy and discounted these values to the projected dates of Mr. Warren's retirement.[2]

Because Mr. Warren had over 10 years (120 months) of credited service at the time of the accident, he is eligible to receive an annuity from the DSP when he retires. We have used the same methodology as stated above to calculate Mr. Warren's pension given the accident and have subtracted the value of his pension given the accident to estimate the pension loss.

The net loss of pension for Mr. Warren has been calculated as follows:

| TABLE: NET PENSION LOSS | |
|---|---|
| AGE | 55 |
| NET LOSS | $92,378 |

We note that the plaintiff was required to contribute 7.0% of his earnings to the Pension Plan. We have deducted these contributions from the loss, as can be seen in the Summary Tables.

---

[2] His life expectancy, calculated from his age on the date of the accident, is until age 77.6 in the year 2040 (Arias E. United States life tables, 2001. National vital statistics reports; vol 52 no 14. Hyattsville, Maryland: National Center for Health Statistics. 2004.)

In preparing our report we have relied upon the following documents:

- Amended Complaint,
- Plaintiff's Answers to Defendants Interrogatories,
- The October 28, 2005 report of Thomas Borzilleri, Ph.D.,
- The October 28, 2005 report of Jose Castro, Jr., MRC, LRC, CRC, RCC, ABDA,
- The October 28, 2005 report of Bud Fini,
- Employer work records from Delaware State Police,
- The Summary Plan Description of the Delaware State Police Employees' Retirement System,

In addition to above, in preparing our report we have relied on the numerous professional and government publications cited therein.

## Summary Tables

## Wayne Warren

**Economic Loss Assuming Employment Absent the Incident in the
Firearms Industry by 9/15/05 and a Total Compensation Catch-up by 1/1/11**

| | |
|---|---:|
| Earnings Absent the Incident | $348,823 |
| DSP Net Pension Loss | 92,378 |
| less: | |
| Earnings Given the Incident | 248,657 |
| Pension Benefits Given the Incident | 12,930 |
| Pension Contributions to DSP Pension | 24,418 |
| Total Economic Loss | $155,196 |

7

Wayne Warren                                         Table 1

Economic Loss Assuming an Earnings Catchup by January 1, 2011

| Year | Age | Earnings Absent | Earnings Given |
|------|-----|-----------------|----------------|
| 2006 | 48 | 34,226 | 19,839 |
| 2007 | 49 | 80,338 | 44,330 |
| 2008 | 50 | 79,201 | 53,497 |
| 2009 | 51 | 78,081 | 61,773 |
| 2010 | 52 | 76,976 | 69,217 |
| **Earnings Absent the Separation** | | | 348,823 |
| **Earnings Given the Separation** | | | 248,657 |
| **Total Earnings Loss** | | | 100,166 |

# EXHIBIT - D

THE CENTER FOR FORENSIC
# ECONOMIC STUDIES

December 29, 2005

Edward Ellis, Esquire
Montgomery, McCraken, Walker, & Rhoads
123 South Broad Street
Philadelphia, PA 19109

Re: **Kurt Price v. Delaware State Police**
Our File# 0805

Dear Mr. Ellis:

At your request, we have provided our assessment of the economic loss sustained by Kurt Price
as a result of his potentially being separated from his position as an Corporal Master with the
Delaware State Police (hereafter: the DSP). We reserve the right to amend this report, as
necessary, upon receipt of additional information. A list of documents relied upon is attached to
this report.

**Background**

Kurt Price was born on January 2, 1963. As of the date of this report he is approximately 43.0
years of age. According to Amended Complaint Mr. Price is a 19 year veteran of the Delaware
State Police Department (paragraph 3). He is a member of the Delaware State Troopers'
Association. It is noted in the Amended Complaint that on June 18, 2005 the plaintiff failed his
fitness for duty examination due to hearing loss (paragraph 62). It is our understanding that the
plaintiff was placed on light duty status and will have to retire from the DSP by June 2006. Mr.
Price is married and has two children, James and Katie. He resides in Smyrna, Delaware. He is
a high school graduate.

This report has been prepared for the use of counsel in the instant matter. Any other transmission, copy, or
utilization of this report or material contained herein is prohibited without the written consent of the Center for
Forensic Economic Studies.

**Earnings History**

As yet we have not been provided any of the plaintiff's earnings documentation (i.e. <u>1040 U.S. Individual Tax Returns</u>, <u>W-2 Wage and Tax Statements</u>, pay stubs, etc.), we reserve the right to amend this report, as necessary, upon receipt of such documentation.

According to the October 28, 2005 report of Thomas C. Borzilleri, Ph.D., plaintiff's damages consultant, as of January 1, 2006 Mr. Price will be a Corporal Master, step 22 with an annual earnings figure of $78,284.

**The October 28, 2005 Report of Dr. Borzilleri**

As stated previously, Dr. Borzilleri is the plaintiff's damages consultant. The Borzilleri report presents estimates of economic loss. His first estimate is based on the following assumptions:

- Absent the incidents the plaintiff would have remained employed as a Corporal Master with the DSP until his age 55,
- Lost DSP Pension benefits have been valued as indicated by the DSP's Summary Plan Description of the plan
- Fringe benefits absent the incidents are estimated at a rate equal to 26.53% of earnings,
- Given the incidents the plaintiff will secure employment at a job paying $32,250 per year and providing minimal benefits,
- Fringe benefits given the incidents are estimated at a rate equal to 15.0% of earnings,
- Taxes absent and given the incidents are deducted from the plaintiff's earnings at rates ranging from 11.05% to 16.56%,
- In order to discount future values Dr. Borzilleri uses the current market price to purchase an annuity,
- Dr. Borzilleri grosses up his loss figures to account for the negative tax affect on the plaintiff.

We note that Dr. Borzilleri's estimate of the plaintiff's residual earning capacity given the incidents is based on the opinion of Jose Castro, Jr., MRC, LRC, LPC, CRC, RCC, ABDA, plaintiff's vocational consultant. According to Mr. Castro's October 28, 2005 report, if Mr. Price is separated from the DSP and unable to secure employment in the firearms industry, then he would still be able to secure alternate employment in positions including security guard, dispatcher, private detective/investigator, firearms expert/forensic science technicians, sales - manufacturers representative, and surveillance system monitor. Mr. Castro indicates that these positions have annual earnings ranging from $22,470 to $33,486 per year. We note that the $33,486 annual earnings figure is for the sales - manufacturers representative position with 1 year of experience.

2

**Earnings Data from Dartnell's 30th Sales Force Compensation Survey**

According to the above mentioned survey an entry level manufacturing sales representative would have earnings that range from $36,200 to $46,700 per year (1998 dollars). After adjusting 1998 earnings figures to 2006 dollars using the annual rate of increase in the average hourly earnings for workers in the private, non-farm sector of the economy (Economic Report of the President, February 2005), annual earnings range from $45,564 to $58,780. (2006 dollars). We note that a senior manufacturing sales representative (defined by Dartnell's as a representative having 3 years of experience or more) would have earnings that range from $74,262 to $97,925 per year (2006 dollars).

**Analysis**

We note that our estimates of loss assume that the plaintiff prevails on the issue of liability. We make no opinions regarding this issue.

We have not reviewed any documentation which indicates that the plaintiff does not have a hearing loss. Accordingly, our first estimate of the economic loss incurred by the plaintiff as a result of the forthcoming separation in June 2006 is zero ($0).[1]

We have provided an alternate estimate of economic loss. In this alternate estimate we have assumed that absent the incidents the plaintiff would have remained employed as a Corporal Master with the DSP until his age 55. We note that according to the Summary Plan Description of the DSP's pension plan the plaintiff, as of September 2005, had 20 years of service and was able to retire with full pension benefits, at any time. If it is determined that absent the incidents the plaintiff would have retired from the DSP before his age 55, then our estimates of loss have been overstated. We have further assumed in this estimate that given the incidents the plaintiff will secure employment as a manufacturing sales representative, as indicated by Mr. Castro, with first year earnings equal to $33,486. We have assumed that the plaintiff's total compensation in this position will increase incrementally from the $33,486 level and become commensurate with his projected earnings absent the incidents within 5 years, or by January 1, 2011. In this estimate there is no economic loss after that date.

Earnings growth after 2006 was estimated to be 3.12% per year. This rate represents the average rate of change in the average hourly earnings for workers in the private non-farm sector of the economy from 1984 to 2004 (Economic Report of the President, February 2005).

Future earnings are discounted to their present value in recognition that the plaintiff will receive the award in the present year and be able to invest this principal amount received. The average yield on high grade municipal bonds as of October 8, 2005, 4.60%, was used to estimate the return on the principal investment (Economic Indicators, October 2005).

---

[1] We reserve the right to amend this report, as necessary, upon receipt of additional information regarding the plaintiff's employment with the DSP.

**DSP Pension Loss**

We have valued the net loss to Mr. Price's DSP pension using the rules and regulations set forth by the <u>Agreement</u> between the State of Delaware Department of Public Safety Division of State Police and the Delaware State Troopers' Association. According to the <u>Agreement</u>, the formula used to compute the plaintiff's pension benefit is equal to:

**2.5% * Years of Service (Up to 20) * FAS (Final Average Salary)**

**+ 3.5% Years of Service (Greater than 20) * FAS**

In order to project Mr. Price's high sixty months of salary, we have assumed an annual 3.12% growth rate of Mr. Price's base of earnings. This rate represents the average rate of change in the average hourly earnings for workers in the private non-farm sector of the economy from 1984 to 2004 (<u>Economic Report of the President</u>, February 2005). In order to discount the total future pension value to present dollars, we have utilized a discount rate of 6.24% per year, the average yield on high grade municipal bonds from 1985 to 2004 (<u>Economic Report of the President</u>, February 2005).

After retirement cost of living increases are granted at a rate of 3.03%. This rate represents the average rate of change in the Consumer Price Index from 1984 to 2004 (<u>Economic Report of the President</u>, February 2005). We have valued Mr. Price's pension through his statistical life expectancy and discounted these values to the projected dates of Mr. Price's retirement.[2]

Because Mr. Price had over 10 years (120 months) of credited service at the time of the accident, he is eligible to receive an annuity from the DSP when he retires. We have used the same methodology as stated above to calculate Mr. Price's pension given the accident and have subtracted the value of his pension given the accident to estimate the pension loss.

The net loss of pension for Mr. Price has been calculated as follows:

| TABLE: NET PENSION LOSS | |
|---|---|
| AGE | 55 |
| NET LOSS | $166,360 |

We note that the plaintiff was required to contribute 7.0% of his earnings to the Pension Plan. We have deducted these contributions from the loss, as can be seen in the Summary Tables.

---

[2] His life expectancy, calculated from his age on the date of the accident, is until age 77.6 in the year 2040 (Arias E. United States life tables, 2001. National vital statistics reports; vol 52 no 14. Hyattsville, Maryland: National Center for Health Statistics. 2004.)

4

**Pension Benefits Given the Incidents**

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive pension benefits equal, on average, to 5.2% of annual earnings (Employer Costs for Employee Compensation - December 2004, Bureau of Labor Statistics). We have employed this rate in projecting future pension benefits given the accident from alternative employment.

**Tables**

Table 1 shows the economic loss assuming absent the incidents the plaintiff would have remained employed with the DSP until age 55 and a total compensation catch-up by January 1, 2011.

**Summary**

As discussed above, the alleged economic loss to the plaintiff ranges from $0 to $183,057. We note that we hold the above opinion within a reasonable degree of economic certainty. If you have any questions or comments, please do not hesitate to contact us.

Sincerely,

The Center for Forensic Economic Studies


Jerome M. Staller, Ph.D.


Brian P. Sullivan, Ph.D.


Pia Di Girolamo, Ph.D.
Enclosure
JMS/BPS/PDG/fjm

5

In preparing our report we have relied upon the following documents:

- Amended Complaint,
- Plaintiff's Answers to Defendants Interrogatories,
- The October 28, 2005 report of Thomas Borzilleri, Ph.D.,
- The October 28, 2005 report of Jose Castro, Jr., MRC, LRC, CRC, RCC, ABDA,
- The October 28, 2005 report of Bud Fini,
- Employer work records from Delaware State Police,
- The Summary Plan Description of the Delaware State Police Employees' Retirement System,

In addition to above, in preparing our report we have relied on the numerous professional and government publications cited therein.

**Summary Tables**

**Kurt Price**

**Economic Loss Assuming Employment Absent the Incident in the
Firearms Industry by 9/15/05 and a Total Compensation Catch-up by 1/1/11**

| | |
|---|---:|
| Earnings Absent the Incident | $344,441 |
| DSP Net Pension Loss | 116,360 |
| less: | |
| Earnings Given the Incident | 241,096 |
| Pension Benefits Given the Incident | 12,537 |
| Pension Contributions to DSP Pension | 24,111 |
| Total Economic Loss | $183,057 |

7

Kurt Price                                             Table 1

**Economic Loss Assuming an Earnings Catchup by January 1, 2011**

| Year | Age | Earnings Absent | Earnings Given |
|------|-----|-----------------|----------------|
| 2006 | 43 | 33,796 | 14,366 |
| 2007 | 44 | 79,329 | 44,102 |
| 2008 | 45 | 78,207 | 53,061 |
| 2009 | 46 | 77,100 | 61,147 |
| 2010 | 47 | 76,009 | 68,419 |
| **Earnings Absent the Separation** | | | 344,441 |
| **Earnings Given the Separation** | | | 241,096 |
| **Total Earnings Loss** | | | 103,345 |

# EXHIBIT - E

# THOMAS C. BORZILLERI, PH.D.
Economic Consultant
One Democracy Plaza
6701 Democracy Boulevard
Suite 300
Bethesda, Maryland 20817

TELEPHONE: (202) 862-3630
FAX: (202) 862-3634
E-MAIL: tcb100@bellatlantic.net

## SUMMARY OF PROFESSIONAL QUALIFICATIONS

**ACADEMIC DEGREES:**
Ph.D., Economics, University of Maryland, College Park, 1979
M.A., Economics, University of Maryland, College Park, 1973
B.S., Economics, University of Maryland, College Park, 1970

**COMPREHENSIVE FIELD EXAMINATIONS:** Industrial Organization and Anti-Trust, Monetary Theory and Policy, Macro and Micro Economic Theory, Social Policy.

**OTHER FIELDS OF GRADUATE STUDY:** Econometrics and Statistics, Input-Output modeling, Microsimulation modeling, Monte Carlo techniques, Urban and Regional Economics, Environmental Economics.

**DOCTORAL DISSERTATION:** "A Microanalytic Simulation Model of the Retirement Decision and Social Security Costs"

## PROFESSIONAL EXPERIENCE

**1989-PRESENT, ECONOMIC CONSULTANT:** Private practice, economic analysis concerning a variety of economic issues and expert testimony in Washington, D.C. area courts. Areas of analysis include damage computations, anti-trust economics, business and professional practice valuation, analyses of lost profits, earnings losses from personal injury and wrongful death, competitive market analysis, pension valuation, wrongful discharge, statistical analysis in discrimination matters, and other subjects. Qualified as an economic and/or actuarial expert in Anne Arundel, Charles, Baltimore City & County, Frederick, Howard, Montgomery, Prince George's, Washington and St. Mary's County Circuit Courts in Maryland, Superior Court in D.C., Arlington, Alexandria, Fairfax, Loudoun, Orange, and Prince William Circuit Courts in Virginia, Circuit Court in Sacramento California, Federal Courts in Baltimore & Greenbelt, Maryland, Houston, Texas, Washington, D.C., Wilmington, Delaware, and Alexandria, Virginia. Appointed Special Master by Prince George's County Court, Court Appointed Expert by Prince George's County Court, Served as Judge's Consultant in Public Utility Condemnation Proceedings, Prince George's County Court..

**1985-1989, SENIOR ECONOMIC CONSULTANT, DIRECTOR OF INSURANCE STUDIES, J. W. WILSON & ASSOCIATES:** Fields of expertise included damage estimates in anti-trust and lost profit cases, econometric and simulation modeling and analysis, survey research, and economic analysis of competitive issues and profitability. Emphasis on the insurance industry and preparation of expert testimony in property-casualty insurance rate-making cases. Studies included analyses of medical malpractice insurers (West Virginia, North Carolina), workers compensation insurers (Louisiana, Texas, Maine, Virginia), automobile insurance (New Jersey, South Carolina, California, Washington, D.C.). Expert economist testimony concerning profitability, rate of return,

extent of competition, statistical analysis before the Maine Insurance Commission, Virginia Corporation Council, D.C. Public Service Commission.

## 1978-1985, ECONOMIC CONSULTANT

**NATIONAL ASSOCIATION OF RETIRED FEDERAL EMPLOYEES:** Authored an independent study of the historical effects of inflation on Civil Service retirement income and the effect of proposed Congressional legislation to alter the cost-of-living adjustment provisions of the Civil Service Retirement System.

**AMERICAN ASSOCIATION OF RETIRED PERSONS:** Authored numerous independent studies including an analysis of the rates of return for workers from participation in the Social Security System, analyses of the effect of inflation on the income and wealth of the retired population, analyses of the accuracy of the Consumer Price Index, analyses and evaluations of employment programs, the preparation of macro-economic forecasts, and the preparation of legislative and public policy analyses.

**THE PRESIDENT'S COMMISSION ON PENSION POLICY:** Authored two independent studies published by the Commission, one valuing the contribution to retirement income made by twelve Federal programs providing non-cash benefits (Medicare, Food Stamps, Housing Programs, etc.) to the retired population, the other analyzing income adequacy standards (the official poverty level, BLS family budgets, etc.) and developing an original income adequacy standard which was adopted by the Commission in its report to the President.

**OFFICE OF TECHNOLOGY ASSESSMENT:** Retained to consult for OTA staff, prepare analyses, and provide professional independent review of a study prepared by OTA for the Congress of the effects of technological change on the U.S. economy and consumer income.

**UNITED STATES SENATE:** Authored an independent study published by the U.S. Senate on the effects of macro-economic events on the income, wealth, and employment of the older population.

**1973-1978, CHIEF ECONOMIST, AMERICAN ASSOCIATION OF RETIRED PERSONS:** Responsibilities included preparation of economic analyses for presentation to the Congress, testifying and lobbying for the Association, studies of Association older-worker employment programs, legislative analyses, development of policy positions on a wide variety of public policy issues, survey research, economic forecasting, and the development of financial service products for the AARP members.

Fedrule

| DATE | CASE | TYPE | JURISDICTION | EVENT |
|---|---|---|---|---|
| 10/3/2001 | Williamson | Injury Case | Martinsburg WV Circuit | Trial |
| 10/11/2001 | Rankin | Injury Case | Baltimore County Circuit | Deposition |
| 10/11/2001 | Grobler | Death Case | DC Superior Court | Deposition |
| 10/12/2001 | Lawrence | Injury Case | Prince Georges County Circuit | Trial |
| 10/30/2001 | McAlloon | Injury Case | Federal Court, Norfolk Va. | Trial |
| 11/1/2001 | Thompson | Death Case | Calvert County Circuit Court | Trial |
| 11/29/2001 | Frazier | Death Case | Prince Georges County Circuit | Deposition |
| 12/4/2001 | Spriggs | Death Case | Montgomery County Circuit | Trial |
| 1/9/2002 | Gardinia | Death Case | Baltimore City | Trial |
| 1/19/2002 | Faulconer | Injury Case | DC Superior Court | Deposition |
| 1/23/2002 | Proctor | Injury Case | DC Superior Court | Deposton |
| 2/4/2002 | Kahn | Injury Case | DC Superior Court | Deposton |
| 2/6/2002 | Falconer | Injury Case | DC Superior Court | Trial |
| 2/8/2002 | Sellers | Cost of Raising Child | Prince Georges County Circuit | Trial |
| 2/8/2002 | Major | Death Case | Baltimore City | Deposition |
| 2/12/2002 | Campbell | Death Case | Berkley County Circuit | Deposition |
| 2/12/2002 | Shoemaker | Injury Case | Prince Georges County Circuit | Trial |
| 3/5/2002 | Ashford | Injury | DC Superior Court | Trial |
| 3/27/2002 | Simpson | Injury | Hartford County Circuit Court | Trial |
| 4/3/2002 | Holm | Injury | Prince Georges County Circuit | Deposition |
| 4/16/2002 | Klosterman | Injury | Federal Court, Greenbelt | Trial |
| 4/17/2002 | Hildenbrand | Injury | Prince Georges County Circuit | Deposition |
| 4/23/2002 | Seay | Injury | DC Superior Court | Deposition |
| 4/26/2002 | Wathen | Injury | St. Mary's County | Deposition |
| 5/1/2002 | Williamson | Injury | Berkley County Circuit | Trial |
| 5/2/2002 | Smith Trial | Injury | Baltimore City Court | Trial |
| 5/6/2002 | Schrier | Injury | Baltimore City Court | Trial |
| 5/16/2002 | Steiner | Injury | Howard  County Circuit | Deposition |
| 5/22/2002 | Collins | Injury | Fairfax County Circuit Court | Trial |
| 5/29/2002 | Schnieder | Injury | Berkley County Circuit | Deposition |
| 6/3/2002 | Lockwood | Injury | Prince Georges County Circuit | Trial |
| 6/6/2002 | Orion Holdings | Contract Losses | Montgomery County Circuit | Trial |
| 6/27/2002 | Griesser | Injury | Aspen Colorado Circuit | Video Trial |
| 7/3/2002 | Tiede | Injury | Baltimore City Court | Deposition |
| 7/11/2002 | Steer | Injury | DC Superior Court | Deposition |
| 7/23/2002 | Dehn | Wrongful Birth | Prince Georges County Circuit | Trial |
| 7/25/2002 | Hung | Injury | Howard  County Circuit | Trial |
| 7/25/2002 | Popelarcheck | Death | Prince Georges County Circuit | Deposition |
| 8/6/2002 | Murphy | Death | Frederick County Circuit | Deposition |
| 8/13/2002 | Harmon | Death | Fairfax County Circuit Court | Deposition |
| 8/27/2002 | Scrivenor | Injury | Martinsburg WV Circuit | Deposition |
| 9/10/2002 | Richard | Injury | Prince Georges County Circuit | Trial |
| 9/11/2002 | Gibson | Wrongful Termination | Federal Ct., Wilmington Del. | Trial |
| 9/12/2002 | Davis | Death | Prince Georges County Circuit | Trial |
| 9/24/2002 | Gaburick | Death Case | Baltimore City Circuit | Trial |
| 9/26/2002 | Carey Trial | Injury | Towson Circuit Court | Trial |
| 10/1/2002 | Royle | Injury | Prince Georges County Circuit | Trial |
| 10/2/2002 | Daly | Injury | DC Superior Court | Deposition |
| 10/7/2002 | Gross | Injury | Prince Georges County Circuit | Deposition |
| 10/8/2002 | Ether-Stasy | Injury | Baltimore City | Deposition |
| 10/29/2002 | Lawson Trial | Injury | DC Superior Court | Trial |
| 10/31/2002 | Delarosa Trial | Injury | Federal Court in Baltimore | Trial |
| 10/31/2002 | James Trial | Injury | Federal Court in Baltimore | Trial |
| 10/31/2002 | Campbell Trial | Death | Berkley County Circuit | Trial |
| 11/4/2002 | Lawson Trial | Injury | DC Superior Court | Trial |

Fedrule

| DATE | CASE | TYPE | JURISDICTION | EVENT |
|---|---|---|---|---|
| 11/5/2002 | Hughes | Injury | Prince Georges County Circuit | Deposition |
| 11/6/2002 | IMF | Business Losses | Prince Georges County Circuit | Deposition |
| 12/11/2002 | Lewis | Injury | Federal Court, Alexandria | Deposition |
| 1/6/2003 | Sterr | Injury | DC Superior Court | Trial |
| 1/14/2003 | Schwartz | Injury | Prince Georges County Circuit | Trial |
| 1/16/2003 | Diele | Death Case | Federal Court, Greenbelt | Deposition |
| 1/22/2003 | Bernard | Death Case | Montgomery County Circuit | Deposition |
| 1/23/2003 | Norris | Death Case | Anne Arundal Circuit Court | Trial |
| 1/24/2003 | Jackson | Death Case | Federal Court, Baltimore | Trial |
| 1/27/2003 | Karki | Death Case | Fairfax County Circuit Court | Deposition |
| 1/29/2003 | Wilder | Discrimination Case | DC Superior Court | Trial |
| 2/7/2003 | Spurrier | Injury | Frederick County Circuit | Trial |
| 2/10/2003 | Doorandish | Injury | Anne Arundal Circuit Court | Trial |
| 3/6/2003 | Bragg | Injury | Berkley County Circuit | Trial |
| 3/25/2003 | Flynn | Injury | Prince Georges County Circuit | Trial |
| 3/26/2003 | Schumaker | Death | Baltimore City | Depositon |
| 3/26/2003 | Staton | Death Case | DC Superior Court | Deposition |
| 4/9/2003 | Grobler | Death Case | DC Superior Court | Trial |
| 4/11/2003 | Rankin | Injury Case | Baltimore City | Trial |
| 4/15/2003 | Dumorney | Injury | Montgomery County Circuit | Trial |
| 4/28/2003 | Morton | Injury | DC Superior Court | Deposition |
| 5/14/2003 | Frecon | Injury | Frederick County Circuit | Trial |
| 5/16/2003 | Ford | Wrongful Termination | Federal Court, Philadelphia | Trial |
| 5/22/2003 | Savage | Injury | Montgomery County Circuit | Deposition |
| 5/28/2003 | Paltt | Injury | Prince Georges County Circuit | Deposition |
| 6/4/2003 | Daly | Injury | Aspen Colorado Circuit | Trial |
| 6/9/2003 | Hoehn | Death | Federal Court in DC | Deposition |
| 6/11/2003 | Bell | Injury | Prince Georges County Circuit | Deposition |
| 6/12/2003 | Jones | Injury | Baltimore City Circuit | Deposition |
| 6/13/2003 | Winkler | Injury | Baltimore City Circuit | Deposition |
| 6/24/2003 | Hughes | Injury | Prince Georges County Circuit | Trial |
| 7/10/2003 | Patel | Injury | Montgomery County | Trial |
| 7/11/2003 | Vaughn | Injury | Fairfax County Circuit Court | Deposition |
| 7/22/2003 | Mathews | Injury | Prince Georges County Circuit | Trial |
| 7/24/2003 | Springs | Injury | Prince Georges County Circuit | Deposition |
| 7/30/2003 | Reeves | Injury | DC Superior Court | Trial |
| 7/31/2003 | Accocella | Injury | Baltimore City | Deposition |
| 8/1/2003 | Wylan | Termination | Federal Court, DC | Deposition |
| 8/5/2003 | Vaughn | Injury | Fairfax County Circuit Court | Trial |
| 8/20/2003 | Norris | Injury | Montgomery County Circuit | Deposition |
| 8/26/2003 | Cheung | Death | DC Superior Court | Deposition |
| 8/28/2003 | Belenky | Injury | Montgomery County Circuit | Deposition |
| 8/28/2003 | Bauer | Injury | Prince Georges County Circuit | Deposition |
| 9/18/2003 | Thompson | Injury | DC Superior Court | Depositon |
| 9/18/2003 | Utley | Injury | Prince Georges County Circuit | Deposition |
| 9/25/2003 | Beavers | Termination | Berkley County Circuit | Deposition |
| 10/2/2003 | Sprague | Injury | Montgomery County Circuit | Deposition |
| 10/20/2003 | Heining | Business Valuation | Alexandria Circuit Court | Trial |
| 10/30/2003 | Johnson | Injury | DC Superior Court | Trial |
| 10/31/2003 | Trident Tec | Business Losses | Montgomery County Circuit | Deposition |
| 11/5/2003 | Shey | Injury | Anne Arundal Circuit Court | Trial |
| 11/5/2003 | Eichel | Death | Federal Court in DC | Deposition |
| 11/7/2003 | Davis | Injury | Baltimore City | Deposition |
| 11/11/2003 | Rowley | Injury | Prince Georges County Circuit | Deposition |
| 11/12/2003 | Boone | Injury | DC Superior Court | Depositon |

Fedrule

| DATE | CASE | TYPE | JURISDICTION | EVENT |
|------|------|------|--------------|-------|
| 11/12/2003 | Goldsmith | Injury | Prince Georges County Circuit | Deposition |
| 11/14/2003 | Felts | Injury | Montgomery County Circuit | Deposition |
| 11/24/2003 | Jeter | Death Case | Prince Georges County Circuit | Deposition |
| 12/3/2003 | Martz | Injury | Washington County Circuit | Trial |
| 12/8/2003 | Donaldson | Injury | DC Superior Court | Trial |
| 12/8/2003 | Nasr | Legal Malpractice | DC Superior Court | Trial |
| 1/8/2004 | Jackson | Injury | Berkley County Circuit | Deposition |
| 1/13/2004 | Kubas | Injury | Fairfax County Circuit Court | Trial |
| 1/14/2004 | Bullen & Giles | Failure to promote | Federal Court in Wilmington Del. | Trial |
| 1/15/2004 | Fried | Contract Issue | DC Superior Court | Deposition |
| 2/4/2004 | Sprague | Injury | Charles County Circuit | Trial |
| 2/17/2004 | Choe | Practice Valuation | Fairfax County Circuit Court | Deposition |
| 2/18/2004 | Ibida | Injury | DC Superior Court | Deposition |
| 2/23/2004 | Depudjua | Injury | DC Superior Court | Deposition |
| 3/1/2004 | Elliot | Wrongful Termination | Baltimore City | Trial |
| 3/2/2004 | Howard | Medical Malpractice | Anne Arundal Circuit Court | Deposition |
| 3/9/2004 | Langston | Injury Case | Montgomery County Circuit | Trial |
| 3/9/2004 | Choe | dical Practice Valuation | Fairfax County Circuit Court | Trial |
| 3/25/2004 | Brady's Black Orchard | Lost Profits | Montgomery County Circuit | Deposition |
| 4/13/2004 | Boone | Injury | Montgomery County Circuit | Trial |
| 4/23/2004 | Nasir | Computation | Prince Georges County Circuit | Deposition |
| 4/26/2004 | Mong | Life Care Cost | Washington County Circuit | Deposition |
| 5/3/2004 | Calderon | Death Case | 9/11 Commission | Hearing |
| 5/3/2004 | Halmon | Death Case | 9/11 Commission | Hearing |
| 5/7/2004 | Leahy | Life Care Cost | Middlesex County, New Jersy | Depositon |
| 5/12/2004 | Harrison | Injury Case | DC Superior Court | Trial |
| 5/18/2004 | Medwed | Injury Case | Alexandria Circuit Court | Trial |
| 5/20/2004 | Johnson | Death Case | Baltimore Circuit Court | Deposition |
| 5/26/2004 | Gross | Death Case | Baltimore Circuit Court | Deposition |
| 6/2/2004 | Boss | Injury Case | Baltimore Circuit Court | Deposition |
| 6/10/2004 | Wood | Injury Case | Baltimore Circuit Court | Deposition |
| 6/14/2004 | Anrdiozzi | Injury Case | Providence RI Circuit Court | Deposition |
| 6/15/2004 | Laydon | Pension Value | Fairfax County Circuit Court | Deposition |
| 6/16/2004 | Chaudry | Injury Case | Baltimore Circuit Court | Trial |
| 7/13/2004 | Lynn | Injury Case | Prince Georges County Circuit | Deposition |
| 7/15/2004 | Conyers | Injury Case | Williamsburg Va Circuit | Deposition |
| 7/19/2004 | Green | Injury Case | DC Superior Court | Deposition |
| 7/19/2004 | Smith | Injury Case | Baltimore Circuit Court | Deposition |
| 7/22/2004 | O'Grady | Injury Case | Anne Arundal Circuit Court | Deposition |
| 8/24/2004 | DeSantos | Injury Case | Montgomery County Circuit | Deposition |
| 8/25/2004 | Myers | Death Case | Louden County Circuit | Trial |
| 8/27/2004 | Wooden | Injury Case | Middlesex County, New Jersy | Deposition |
| 9/14/2004 | Utley | Injury Case | Howard County | Trial |
| 9/17/2004 | Willis | Death Case | Prince Georges County Circuit | Deposition |
| 9/28/2004 | Conyers | Injury Case | Williamsburg Va Circuit | Trial |
| 10/1/2004 | Maybin | Injury Case | Middlesex County, New Jersy | Deposition |
| 10/4/2004 | Riner | Wrongful Termination | Berkley County Circuit | Deposition |
| 10/4/2004 | Ward | Sexual Harrassment | Berkley County Circuit | Deposition |
| 10/6/2004 | Jednorski | Injury Case | Baltimore County Circuit | Trial |
| 10/8/2004 | McCoy | Injury | Baltimore City | Deposition |
| 10/18/2004 | Baucom | Injury | Baltimore City | Deposition |
| 10/22/2004 | McCaulley | Injury | PG County | Deposition |
| 10/26/2004 | Govan | Injury | PG County | Deposition |
| 11/12/2004 | Keller | Products | Middlesex County, New Jersy | Deposition |
| 11/12/2004 | Tageson | Products | Middlesex County, New Jersy | Deposition |

Fedrule

| DATE | CASE | TYPE | JURISDICTION | EVENT |
|---|---|---|---|---|
| 11/12/2004 | Brown | Injury | Montgomery County | Deposition |
| 11/15/2004 | Renaldue | Injury | PG County | Deposition |
| 11/22/2004 | Norwood | Injury | Fairfax County Circuit Court | Deposition |
| 11/23/2004 | Leyva | Wrongful Termination | Federal Court in Wilmington Del. | Deposition |
| 12/6/2004 | Engles | Death Case | Montgomery County Circuit | Trial |
| 12/8/2004 | Burns | Injury Case | DC Superior Court | Deposition |
| 12/14/2004 | Norwood | Death Case | Fairfax County Circuit Court | Trial |
| 1/7/2005 | Inge | Injury | Danville Virginia Court | Deposition |
| 1/10/2005 | Walker | Injury | Prince William County Circuit | Trial |
| 1/11/2005 | Ceron | Injury | Montgomery County Circuit | Trial |
| 1/31/2005 | Inge | Injury | Fairfax County Circuit Court | Deposition |
| 2/28/2005 | Williams | Injury | PG County | Deposition |
| 3/2/2005 | Rhee | Injury | Alexandria Circuit Court | Trial |
| 3/4/2005 | Wade | Injury | DC Superior Court | Deposition |
| 3/9/2005 | McCauley | Injury | PG County | Trial |
| 3/10/2005 | Cesnaro | Injury | DC Superior Court | Deposition |
| 3/31/2005 | O'Brian | Death | Baltimore City Circuit | Deposition |
| 4/6/2005 | Williams | Death | Baltimore County Circuit | Trial |
| 4/18/2005 | Brown | Injury | PG County | Deposition |
| 4/20/2005 | Moore | Death | Prince William Country | Trial |
| 5/5/2005 | Bertin | Death | Baltimore City Circuit | Trial |
| 5/26/2005 | Silver | Injury | Baltimore City Circuit | Deposition |
| 5/27/2005 | Stanton Trial | Valuation of Award | Baltimore City Circuit | Trial |
| 6/6/2005 | Taylor | Death | Fairfax County Circuit Court | Trial |
| 6/13/2005 | Watkins | Injury | DC Superior Court | Deposition |
| 6/18/2005 | Price | Injury | Fairfax County Circuit Court | Deposition |
| 6/18/2005 | Zimmerman | Injury | Montgomery County Circuit | Deposition |
| 7/25/2005 | Padget | Death | Arlington County Circuit | Deposition |
| 7/26/2005 | Jenrette | Injury | Prince Georges County Circuit | Deposition |
| 7/25/2005 | Pagent | Injury | Arlington County Circuit | Trial |
| 7/28/2005 | Silver | Wrongful Termination | Martinsburg WV | Deposition |
| 7/28/2005 | Nolan | Wrongful Termination | Willmington Delaware | Deposition |
| 8/24/2005 | Henderson | Injury | DC Superior Court | Deposition |
| 8/24/2005 | Stout Deposition | Injury | Baltimore City Circuit | Deposition |
| 8/26/2005 | Kelly | Injury | Baltimore City Circuit | Deposition |
| 8/29/2005 | Schmitt | Injury | Baltimore City Circuit | Deposition |
| 8/30/2005 | Murdock | Injury | Baltimore City Cicruit | Deposition |
| 9/7/2005 | Alston | Injury | DC Superior Court | Deposition |
| 9/8/2005 | Korzag | injury | Alexandria Federal Court | Trial |
| 9/19/2005 | Wyvill | Wrongful Termination | Prince Georges County Circuit | Trial |
| 9/20/2005 | Ring | Injury | Baltimore City Circuit | Deposition |
| 9/21/2005 | Zimmerman | Injury | Montgomery County Circuit | Trial |
| 9/26/2005 | Feldman | Injury | Baltimore City Circuit | Deposition |
| 9/26/2005 | Kisamore | Injury | Montgomery County Circuit | Deposition |
| 9/30/205 | Sisis | Injury | Anne Arundal Circuit Court | Trial |
| 10/4/2005 | Hurley | Injury | Prince Georges County Circuit | Deposition |
| 10/11/2005 | Riley | Injury | Prince Georges County Circuit | Deposition |
| 10/18/2005 | Mabini | Death | Fairfax County Circuit Court | Trial |
| 10/26/2005 | Diacount | Injury | Prince Georges County Circuit | Deposition |