IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORPORAL B. KURT PRICE, et al., : | |
| : | |
| Plaintiffs, : | |
| : | C.A. No. 04-956-GMS |
| v. : | |
| : | |
| COLONEL L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

_____

| | |
|---|---|
| SERGEANT CHRISTOPHER FORAKER, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-1207-GMS |
| v. : | |
| : | |
| COLONEL L. AARON CHAFFINCH, et al., : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION PURSUANT TO**
***DAUBERT* v. *MERRELL DOW PHARMACEUTICALS, INC.***

Defendants, L. Aaron Chaffinch, Thomas F. MacLeish, David B. Mitchell, and the Division of State Police, Department of Safety and Homeland Security, State of Delaware, pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, hereby move to exclude the proposed expert testimony of Ernest "Bud" Fini in its entirety.

The grounds for the motion are set forth in the accompanying brief, which is incorporated herein by reference.

|  |  |
|---|---|
| Date:   March 15, 2006 | /s/ Noel C. Burnham |
|  | Noel C. Burnham (DE Bar # 3483) |
|  | Richard M. Donaldson (DE Bar I.D. #4367) |
|  | Montgomery, McCracken, Walker & Rhoads, LLP |
|  | 300 Delaware Avenue, Suite 750 |
|  | Wilmington, DE  19801 |
|  | (302) 504-7840 |
|  |  |
|  | *Counsel for Defendants L. Aaron Chaffinch, Thomas F. MacLeish, David B. Mitchell, and the Division of State Police, Department of Safety and Homeland Security, State of Delaware* |

2056892v1