

Request a Catalog | Partners | Retai

| HOME | SAFETY | SPORTSMEN'S LIBRARY | WHAT'S NEW | PRODUCTS | COUNTRY STORE |

Home > About > Employment > Northeast Region Sales Representative - Firearms

**About Us**
- Company Information
- CEO's Message
- Conservation
- HSSHF
- Employment
- Investor Relations
- Legal Notices

## Employment Opportunities

The following position is currently available with Remington. We are unable to retain ur resumes for positions that are not posted or advertised.

**Sales Representatives**

**Northeast Region Sales Representative – Firearms**

Remington Arms Company, one of the world's most respected names in sporting goods shooting, is currently seeking a Firearms Sales Representative for the Northeast Region States.

**Job Summary**
Primary responsibilities include developing sales campaigns to expand distribution with customers, as well as meeting monthly and annual sales objectives within the New Yor England territory. The ideal candidate will be required to work from a home office and t territory.

**Skills & Education**

- We are looking for individuals who have proven records in selling to wholesalers and in dealers.
- Our ideal candidate should possess an effective balance of people skills and creative bu expertise.
- We prefer a candidate with a Bachelor's Degree with 5 or more years direct selling expe
- Strong verbal and written communications skills as well as proficiency with basic MS Of EXCEL software is required.
- Knowledge of hunting and shooting sports is preferred but not required.



- Request a Catalog
- Partners
- Online Help Center
- Retail Locator
- About Us

Remington offers a competitive benefits and compensation package. Don't miss the op for the most respected name in outdoor sporting goods. Qualified candidates should m resume along with a cover letter that includes salary history to:

jobs@remington.com
**or**
Remington Arms Company
Human Resources Department
Attn: AMMOSL
PO Box 700
Madison, NC 27025

ALL REPLIES ARE CONFIDENTIAL  |  EOE

©2006 Remington Arms Company, Inc. All Rights Reserved.   Visit Our Other

Investor Relations  |  Other Remington Brand Products  |  Legal Notices

Other Sites

