IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER FORAKER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1207-GMS |
| L. AARON CHAFFINCH, | : |
| Defendants. | : |

MOTION AND ORDER
FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of:

CARMON M. HARVEY

to represent the defendants in this matter.

Signed: _____
Noel C. Burnham (DE Bar # 3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7880

Date:  March 20, 2006              *Attorney for Defendants*

2058871v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____     _____
                                                         UNITED STATES DISTRICT JUDGE

2058871v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 ☒ has been paid to the Clerk, or, if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Carmon M Harvey*
Carmon M. Harvey
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Dated: March 20, 2006

2058871v1

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the foregoing Motion and Order for Admission Pro Hac Vice were served by first class mail this 20 day of March 2006, on:

Thomas Stephen Neuberger, Esquire
Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East Seventh Street
Suite 302
Wilmington, DE 19801

Martin D. Haverly, Esquire
Two East Seventh Street
Suite 201
Wilmington, DE 19801-3707

*Attorneys for Plaintiffs*

Noel C. Burnham (DE Bar No. 3483)

2058869v1