# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

THOMAS S. NEUBERGER, ESQUIRE    PHONE: (302) 655-0582
STEPHEN J. NEUBERGER, ESQUIRE   FAX: (302) 655-9329

March 31, 2006                                      **Via CM/ECF Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   **Price, et al. v. Chaffinch, et al.,** C.A. No. 04-956-GMS
      **Foraker v. Chaffinch, et al.,** C.A. No. 04-1207-GMS
      **Revisions to Plaintiffs' Contested Exhibits Binders**

Dear Judge Sleet:

In accord with your staff's instructions, enclosed are plaintiffs' instructions for the revisions to Plaintiffs' Contested Exhibits Binder. The documents to be added will be hand delivered to the Court. Defendants are being served with notice of these changes via CM/ECF by the filing of this letter. Plaintiffs also will be filing a Notice of Service of these documents, with hard copies delivered to defendants by U.S. Mail.

**Price, et al. v. Chaffinch, et al.**

1.  Substitute Schedule (c)(1) Plaintiffs' Exhibits with the revised Schedule (c)(1) Plaintiffs' Exhibits as attached.

2.  Add the attached exhibits which are now contested by defendants and which will be hand delivered to the court according to their numbered tabs and as listed below:
    - P5
    - P11
    - P100

- P101

3. Remove Plaintiffs' Exhibits P138, P139 and P140 as these documents are no longer contested by defendants.

4. Remove Plaintiffs' Exhibits P3 and P4 as these documents have been removed from plaintiffs' exhibit list.

### Foraker v. Chaffinch, et al.

1. Substitute Schedule (c)(1) Plaintiffs' Exhibits with the revised Schedule (c)(1) Plaintiffs' Exhibits as attached.

2. Add the attached exhibits which are now contested by defendants and which will be hand delivered to the court according to their numbered tabs and as listed below:
   - P19
   - P20
   - P22
   - P45
   - P46
   - P47
   - P48
   - P49
   - P54
   - P58
   - P59
   - P67

3. Remove Plaintiffs' Exhibits P80 and 81 as these documents are no longer contested by defendants.

If the Court wishes, my office is available and would be more than happy to "swap out" and make the revisions outlined above, so that your staff need not be burdened with the task. My staff informs me that this is how the Court previously addressed such revisions.

Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiffs

cc: Thomas S. Neuberger, Esq. (via CM/ECF)
    Martin D. Haverly, Esq. (via CM/ECF)
    Richard M. Donaldson (via CM/ECF)

FTU \ Letters \ Sleet.06