## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CORPORAL B. KURT PRICE, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A.No.04-956-GMS |
| : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** : | |
| : | |
| Defendants. : | |

| | |
|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A.No.04-1207-GMS |
| : | |
| **COLONEL L. AARON CHAFFINCH, et al.,** : | |
| : | |
| Defendants. : | |

### NOTICE OF FILING OF PAPER DOCUMENTS

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on March 31, 2006, as stated in a letter filed today with the Court in each of the above captioned cases, hard copies of the revisions to **PLAINTIFFS' CONTESTED EXHIBITS BINDER**, with the Clerk of the Court by hand.

A hard copy of this document will be served by U.S. Mail upon:

> Richard M. Donaldson, Esquire
> Montgomery, McCracken, Walker, & Rhoads, LLP
> 300 Delaware Avenue, Suite 750
> Wilmington, DE 19801
> rdonaldson@mmwr.com

**THE NEUBERGER FIRM, P.A.**

<u>**/s/ Stephen J. Neuberger**</u>
**THOMAS S. NEUBERGER, ESQ. (#243)**
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
TSN@NeubergerLaw.com
SJN@NeubergerLaw.com