IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CORPORAL B. KURT PRICE, et a.,** | : | |
| | : | C.A. No. 04-956-GMS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **SERGEANT CHRISTOPHER D. FORAKER,** | : | |
| | : | |
| Plaintiff, | : | C. A. No. 04-1207-GMS |
| | : | |
| v. | : | |
| | : | |
| **COLONEL L. AARON CHAFFINCH, et al.** | : | |
| | : | **E-Filed** |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Stephen J. Neuberger, being a member of the Bar of this Court, do hereby certify that on March 31, 2006, I caused **PLAINTIFFS' CONTESTED EXHIBITS REFERRED TO IN PLAINTIFFS' LETTER TO JUDGE SLEET DATED MARCH 31, 2006 RE: REVISIONS TO PLAINTIFFS' CONTESTED EXHIBITS BINDERS** to be served on the following individuals by the means indicated:

Robert J. Fitzgerald, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Bend Street
Philadelphia, PA 19109
rfitzgerald@mmwr.com
(Via U.S. Mail)

Richard M. Donaldson, Esquire
Montgomery, McCracken, Walker, & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
rdonaldson@mmwr.com
(Via U.S. Mail)

**THE NEUBERGER FIRM, P.A.**

<u>/s/ Stephen J. Neuberger</u>
**STEPHEN J. NEUBERGER, ESQ. (#4440)**
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801
(302) 655-0582
SJN@NeubergerLaw.com

Dated: March 31, 2006                    Attorney for Plaintiffs

FTU/ Pleadings /FTU,Foraker - Supp. of Ps' Pretrial Contested Exhbibits Notice of Svs.