# EXHIBIT 34



*There is no house like the house of belonging.*
—David Whyte

**Monthly Focus:**
**Relationships—**
*Who are the people that matter most to you?*

# 2
## Monday
## February 2004

**Daily Notes**

33rd Day  333 Left  Week 6

Legislation — unable to [?] MW Dec 1st 2 weeks of January 41
 Spoken [?] with 2 of [?]

Tape Policy of Tapes — Secrets maintained @ Troops.

Secretary fired — Any News release that would be controversial in Nature —

Tomorrow — Security —
                                                        Seat Belt Out of
                                                        T-1 (163) very good
Sgt. Pettizini Funeral —
HR — EWS
Inservice Training
Promotion Process
Academy Graduation
Discipline — Keep on Board
Cadets —

Range Issue — Capt Warren, Major Eckrich — Me

Capt Warren contacted Facility Management — Doyle Tiller Air Quality Control
                                                              Expert - Facility Mngmt
Stated people need to be exposed to some Hazardous materials in that Building
Also stated he was up there 2 weeks ago + it is not at a
hazardous stage it is at the irritant stage.

Tiller stated Cabinet Secretary should work out an MOU + financial agreement.

Will be shooting shotgun the remainder of the week.

Blood test results will be returned by Thursday —
Environmental

— Pro Venture
$1200 to come to facility + look at facility for air quality only —

MacLean Company will address the bullet trap system

Report by Clarke/Nixon engineering group.

Mark DiVore — Engineer with Facility Management —

# EXHIBIT 35

2.10.04

arrived 1405

Range issues

Mark Devore, Doyle Tiller
Lt. Col. , Forcker, Bryson, MG, Warren.

- Costs associated w/ cleaning the Range

  Contractual $ ?

  (Mock-up?) issue

✓ Sawiski file for previous tests

  Fac. Mgt. will collect information + forward to Lt. Col.

Devore - we will get revised w3rs for lower ceiling

✱ Responsibility for clean-up?

  Zamboni + cleaning floor - DSP

ext mting - week of 23rd?
  Grey will coordinate

*From father to son, so it goes on.*
—Ashanti Proverb

**Monthly Focus:**
**Relationships—**
Who are the people
that matter most to you?

# 10
## Tuesday
## February 2004

**Daily Notes**                41st Day  325 Left  Week 7

- Doyle Tiller — Mark DeVou
- Savage — recommended change —
- Admin feels Air handling system was working sufficient @ one time.
- Ford Home Co — Met to discuss maintenance responsibility.

Standards —

State Police will be responsible for maintenance
Test Results of Air Quality focused on Lead + heavy metals

Hazardous Material disposal — Cost Estimate —
Chesapeake — reSalama Air handling system.
- Clark Nixon also conducted a test —
  Recommended — ceiling installation $30 - $40,000 dollars
  Rather than install ceiling went to frangible ammunition.
1925 NIOSH standard — 75 cubic ft per minute.
Range is considered a large gunnery facility.
  Filter disposal.

Offer revised

Clean up twice  Hazmat clean — Lead 2X
Frangible clean up — Our responsibility — DSP Responsible —
Zambini Haz Mat disposal — DSP

# EXHIBIT 36

①   [TEST DATE 02-11-04]

02-25-04                    (Range)                    FTU Staff
                                                       Capt. W.
                                                       Sharp.e
                                                       me
                                                       (2 people NAI)

- Neilson Assoc. Incorporated
- Environmental Solutions Group

(?) Reason why it won't stay in balance.

Ventilation system different in
later than it was in am.

(Ventilation) On paper it was right, but mechanically
             it's not right.

of 1st
things I        (Put in drop ceiling).
would do

Computer control system not right.

Copper + Lead over on South wall - (shutter pos. #2)

Bullet recovery - to fix - his guess.
② ⌈ 25,000 - 50,000 for Haz. waste clean-up.
   ⌊ 75,000 for redesign + make trap right.

② (cir) 300,000 rounds handgun per yr.

"He would shut us down"

Since we've done the rebalancing — you need to find the source of the problem.

Look at design parameters & see what's happening.

If you charge P.U. System — water, etc. (debris, etc.) you could shoot shotgun.

Trap — monthly clean-up & disposal of hazardous materials —

Neilson can ✓ the ventilation system to see what's going on.
He will also come back to do tests to make ~~too~~ tests that weren't done due to Les problems.
Will also test rest of building.

Recommendation

- HAZ. material clean-up of Range everything. Add'tl costs to what has been quoted (25.50).

- Need to do something w/ ventilation before we do anything.

my note ( Bottom Line — Several hundred thousand $ for all. at least. )

Rotate FTU people regularly — not necessarily permanently but

① 2-25-04   [Academy]   1330 hrs.

## Range Issues

Carey's Ventilation — Action Target
Bill Provencher        John Curtis

Project would take 3 mos. to construct.
This means once construction starts.

Yearly  $1000-1200 — monitoring & commissioning (ventilation)

20 k/per year   √ & clean, etc.   (Trap)

---

Devore - system seems to have trouble during
cold days & windy days.

We are not unique to have problems.

Blood levels?

* positive pressure ventilation system
needs to be ~~hose~~ used when cleaning.

Respitory system ↑
   (?)

(Devore) if we go w/ Provencher, things will
improve upon what we have now.

(2) Devore — wants to talk to his people before we proceed.

{ Randy Jackson — Navy
Provencher has numbers.
Devore will get 'em

↑

Contract as a reference.

_____

Warren

EXHIBIT 37

Lt. Col
Skip
J.Y

3/1/04

Range

Planning – ✓ to see how other Ranges are maintained, cleaning, rotation, etc.

H.R. – tests – 6 mos.
Lead, Copper, Zinc.