**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CORPORAL B. KURT PRICE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-956-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | |
| | : | DI 129 |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| SERGEANT CHRISTOPHER FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| COLONEL L. AARON CHAFFINCH, et al., | : | DI 108 |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING OF PAPER DOCUMENTS -EXHIBITS D34 – D37**

This is to certify that two (2) copies of **REVISIONS TO BINDERS OF DEFENDANTS' CONTESTED EXHIBITS [EXHIBITS D34-D37] REFERRED TO IN DEFENDANTS' LETTER TO JUDGE SLEET DATED APRIL 3, 2006** were filed with the Clerk of the Court by hand on April 2006. A copy of this notice was served by U.S. Mail on:

>Thomas Stephen Neuberger, Esq.
>Stephen J. Neuberger, Esq.
>The Neuberger Firm, P.A.
>Two East Seventh Street, Suite 302
>Wilmington, DE  19801
>And
>Martin D. Haverly, Esquire
>Two East Seventh Street
>Suite 201
>Wilmington, DE 19801
>*Counsel for Plaintiffs*

    /s/ Noel C. Burnham
Noel C. Burnham (DE Bar No. 3483)

2063222v1