IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER D. FORAKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-1207-GMS |
| v. | : | |
| | : | |
| L. AARON CHAFFINCH, et al., | : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER OF DISMISSAL

It is hereby STIPULATED and AGREED by and between Plaintiff Christopher D. Foraker and Defendants L. Aaron Chaffinch, Thomas F. MacLeish, Secretary David B. Mitchell of the Department of Safety and Homeland Security for the State of Delaware, the Department of Safety and Homeland Security for the State of Delaware, and the Division of State Police for the State of Delaware, pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement made effective as of October 9, 2006, subject to the approval of the Court, that this action is hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement entered into by the parties in this matter on October 9, 2006, which document is incorporated herein by reference. The Court will retain jurisdiction through March 27, 2007.

2119337v2

Dated: October 10, 2006

Dated: October 10, 2006

/s/ Stephen J. Neuberger
Thomas S. Neuberger (DE ID #243)
Stephen J. Neuberger (DE ID #4440)
THE NEUBERGER FIRM, P.A.
Two East Seventh Street, Suite 302
Wilmington, DE 19801
(302) 655-0582
Counsel for Plaintiff

/s/ Richard M. Donaldson
Richard M. Donaldson (DE ID #4367)
MONTGOMERY, MCCRACKEN,
    WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800

/s/ Martin D. Haverly
Martin D. Haverly (DE ID # 3295)
MARTIN D. HAVERLY,
ATTORNEY AT LAW
Two East Seventh Street, Suite 201
Wilmington, DE 19801
(302) 654-2255
Counsel for Plaintiff

Of Counsel:
Edward T. Ellis
Carmon M. Harvey
MONTGOMERY, MCCRACKEN,
    WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500
Counsel for Defendants

It is so Ordered this 11th day of Oct., 2006.

_____
U.S.D.J.



FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2119337v2